```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

LINDA MEYER,                        )
                                    )
                 Plaintiff,         )          4:05CV3003
                                    )
          v.                        )
                                    )
WAL-MART STORES,                    )          ORDER
                                    )
                 Defendant.         )
                                    )
```

IT IS ORDERED:

Defendant's motion, filing 26, to amend the progression order is granted and,

1. Defendant is given to September 21, 2005 to disclose its expert witness.

2. Plaintiff may depose defendant's expert by October 5, 2005.

DATED this 25th day of August, 2005.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge