THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LINDA MEYER, | ) | 4:05CV3003 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Upon the parties' joint stipulation for dismissal (filing 34), this matter is dismissed with prejudice, each party to bear its or their own costs and attorney fees.

October 12, 2005.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge